DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

TYRONE BARNHART,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1044

————————————————

April 3, 2024

Appeal from the Circuit Court for Sarasota County; Donna Marie Padar, Judge.

Rachael E. Reese and Olivia M. Goodman of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.